**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**


Kathleen A. Stambaugh,                                              Civil No. 07-3684 (RHK/AJB)

        Plaintiff,                                                  **ORDER OF DISMISSAL
                                                                                                          WITHOUT PREJUDICE
   vs.                                                                                        OF C.B. FLEET HOLDING
                                                                                                          COMPANY, INCORPORATED**

C.B. Fleet Holding Company, Incorporated,
a Virginia corporation; C.B. Fleet Company,
Inc., a Virginia corporation; and DOES 1
through 100,

        Defendants.

---

     Based on the Stipulation between the parties, **IT IS ORDERED** that Plaintiff's

Complaint against C.B. Fleet Holding Company, Incorporated, only, is hereby **DISMISSED**

**WITHOUT PREJUDICE** and without costs to any party.


Dated:  October 3, 2007



                         s/Richard H. Kyle
                         RICHARD H. KYLE
                         United States District Judge